Same case below, 187 Md. App. 719 and 187 Md. App. 734.

**No. 09-1422. Paul S. Minor, Petitioner v. United States.**

562 U.S. 833, 131 S. Ct. 124, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6208.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 590 F.3d 325.

**No. 09-1423. Horst Schwinn, Guardian ad Litem of Doerte Hesse, et al., Petitioners v. Charles Stephen Ebbets, et al.**

562 U.S. 833, 131 S. Ct. 124, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6462.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 362 Fed. Appx. 357.

**No. 09-1424. LinkCo, Inc., Petitioner v. Naoyuki Akikusa, et al.**

562 U.S. 833, 131 S. Ct. 388, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6447.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 367 Fed. Appx. 180.

**No. 09-1427. Naitram Persaud, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 833, 131 S. Ct. 125, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6159.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-1428. Joseph Cornelius Ruddy, Jr., Petitioner v. Attorney Grievance Commission of Maryland.**

562 U.S. 833, 131 S. Ct. 125, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6409.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Maryland denied.

Same case below, 411 Md. 30, 981 A.2d 637.

**No. 09-1430. Mark Davis, Petitioner v. Tonya Blackstock.**

562 U.S. 833, 131 S. Ct. 127, 178 L. Ed. 2d 33, 2010 U.S. LEXIS 6452.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 47 So. 3d 801.